**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1179

_____

| | | |
|---|---|---|
| Ronald V. Kwatick, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| McDonnell Douglas Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: June 13, 1997
Filed: July 7, 1997

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Ronald V. Kwatick, the plaintiff in this case of alleged age discrimination, appeals the order of the District Court[1] granting the motion of McDonnell Douglas Corporation, the defendant, for summary judgment. This is a reduction-in-force case, and the District Court determined, among other things, that Kwatick had failed to produce evidence to show that his age was in any way taken into account in the employer's decision not to retain him.

---

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

Having considered all of Kwatick's arguments, we conclude that the District Court correctly determined that Kwatick's claim of age discrimination must fail for lack of evidentiary support. Accordingly, the defendant was entitled to summary judgment, and the order of the District Court is

AFFIRMED.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.